**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:        Walter Nelson v. The State of Texas

Appellate case number:    01-18-00714-CR

Trial court case number:   1484407

Trial court:                        232nd District Court of Harris County

Appellant's court-appointed counsel, Richard K. Oliver, filed a motion to withdraw and appellate brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On August 23, 2019, appellant, acting pro se, filed a request for trial transcripts and all related documents from his appellate attorney, stating that he was only recently notified by his counsel of the motion to withdraw, and he is requesting access to a copy of the records to prepare a pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court construes appellant's request as a motion requesting the record and a motion for an extension request to file a pro se response, **grants** appellant's motion requesting the record and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, the Court **grants** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed within **45 days** of the date of this order.


It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes__

                ☑ Acting individually    ☐ Acting for the Court

Date: __August 29, 2019__